Supporting Facts 
Count 1

tested because he felt that I was at risk of developing osteoporosis at a later age so he does the test my levels come back low he decides he wanted to petetion to the GEO corrpate office to see if they would approve for him to replace the hormone after 2 weeks the corpate office approves his request so he decides to order me to take a Injection every two weeks well 1 mounth prior to this Dr. sam musalim does blood work on me at my request and diagnosis me with hepatitus-c well I take this hormone Injection every ~~two~~ ~~two~~ two weeks (2) for six mounths well the 2nd week of march 2018 I am schedule for my Injection I get called down to medical at 8:00pm and the LPN administrators the shot as Im walking out of medical I instantly start to feel sick well I go back to my pod on 3-A-108 well I feel Like I develope a cold and Im ILL in my cell well a week passes by and I havent got any better mathew Bell Inmate 3-A-118 cell ask me if Im feeling ok and tells me Im looking Like Im turning yellow so I go down to medical y medical turns me away so I go back to my unit upon entry officer mcgower also tells me Im looking yellow so she calls sgt ~~Terry~~ who also tells me Im turning yellow and walks me down to medical the nurse on Duty holds a yellow post it up next to my ~~eyes~~ eye balls and seizes my eyes are yellow by this time I hadnt had a bowe movement in over a week I couldnt hold

②

any food and my uriane is red and my skin is yellow so they call the Dr. not sam-musulm a new Dr. he decides to put me in medical observation so I stay the night in medical the next morning I see nurse Erica tucknell she is taking my blood and she tells me to please just "shut up and let me help you because your yellow" I ask her if Im going to die she tells me she didnt know well next I see a new Dr. he checks my Liver and my skin + eyes and tells me Im suffering from a Liver flare up witch is making me jondas and he tells me my Liver has shut down and that was why I hadnt had a bowel movement couldnt eat and why my uriane was red he tells me he was suprised I was still alive he told me if I wanted to beat this thing and survive this thing I needed to stay Hydrated and he released me to go back to my unit after he ordered my blood work well the next day he called me back to medical he tells me my blood work has come back he tells me that my normal Liver enzymes are sopposed to be between 50 and 55 but my enzymes are 1850 (one thousand eighteen hundred and fifty) he tells me to stop taking all my medications and he tells me he would let me know something In a day or 2 so I go back to my unit that night nurse alisa brummet comes to the unit to pass out hop meds I ask her if she heard anything she tells me that I was getting shipped to Lindsay DOC Hospital and

③

a they think I have stones in my Liver ~~stones~~ witch is where pieces of my Liver has died and Hardened well the next day I get shipped to Lindsay DOC Hospital when I get there I stay the night the next morning I see Dr. Emery he orders bloodwork he tells me my liver enzymes are over 1800 and he believed my Liver had shut down he told me that I was lucky I didn't die he told me he believed Dr. Sam-musalim made a error in Judgment he said he put me on a testerone Injection knowing I had hep-c was wrong he said he ~~said~~ said testerone Injections are known to destory the Liver that it happens with proffesional athletes all the time he said that Dr. Sam-musalim knowing put me on a Injection withe Hep-c and Jeopordized my life he said Dr. Sam-musalim new better them to put me on the Hormone Injection and and by him doing it it was medical negiligence on his part and that I should take Legal action well Dr. Emery put me on a Banna bag and gave me a ultra sound the next morning he checked my enzymes again and told me my enzymes where down to 900 and if the ultra sound showed blood flow in my Liver he would release me to go back to the prison told me ~~~~ I was very lucky and
- my Liver would never be the same
- the DOC has a hep-c treatment
- I didn't qualify because I was so close my home he told me if I plan



to Live a normal life I would have to seek the Hep-C treatment because of the significant damage this Incident had caused ~~xxxx~~ and Dr. emery told me he believed that this Incident took years off my life well later that day I went back to Lawton correctional facilty where later I find out Dr. sam-musalim does not work any more I feel Dr. sam-musalim is responsible for me almost Dieing because he knowling prescribed me a testostrone Injection knowing I had Hep-C